AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| SHONNA MARIE COUNTER, <br><br> *Plaintiff(s)* <br> v. <br> TARAS INVESTMENTS, LLC., A DELAWARE LIMITED LIABILITY COMPANY; TARAS HIMALAYAN CUISINE, INC.; AND DOES 1-10, <br><br> *Defendant(s)* | Civil Action No. |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Taras Investments, LLC.
323 VENICE WAY
INGLEWOOD CA 90302

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    MICHAEL T. STOLLER, ESQ. (SBN 120241)
STOLLER LAW GROUP, PC
5747 Hoback Glen Rd.
Hidden Hills, CA 91302
Telephone (310) 245-4028
email: michael.stoller@stollerlawgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____           _____
*Signature of Clerk or Deputy Clerk*