Noah Green (State Bar No. 218643)
GREEN AND STEWART
301 E. Colorado Boulevard, Suite 708
Pasadena, CA 91101
(626) 395-7686
noah@gspattorneys.com

Attorneys for Defendants, Taras Investments LLC, et a.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shonna Marie Counter,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Taras Investments LLC, a Delaware Limited Liability Company; Taras Himalayan Cuisine, Inc.; and Does 1 – 10,<br><br>　　　　Defendants. | CASE NO.  2:21-cv-04368 MCS (MARx)<br><br>**DECLARATION OF NOAH GREEN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　　　January 10, 2022<br>Time:　　　2:00 p.m.<br>Courtroom:　8A<br>Judge:　　　Hon. Virginia Phillips |

　　　1.　　I am an attorney at law licensed to practice in all California courts and the United States District Court for the Central District of California.

　　　2.　　I am counsel of record for defendants in this case and have learned the following facts through the course and scope of that representation.

3.  Attached hereto as Exhibit A is a true and correct copy of the first set of Request for Admissions that I served on behalf of defendants to plaintiff in this case.

4.  Attached hereto as Exhibit B is a true and correct copy plaintiff's responses to the first set of Request for Admissions that I served on behalf of defendants to plaintiff in this case.

5.  Attached hereto as Exhibit C is a true and correct copy of the results of my search on PACER showing that plaintiff has filed 48 cases in this court regarding alleged ADA-access violations as of November 4, 2021.

6.  On November 9, 2021 I emailed a letter to counsel for plaintiff in an effort to meet and confer regarding this motion, but have received no response. A true and correct copy of that letter is attached hereto as Exhibit D.

I hereby affirm that the facts stated herein are true and correct under penalty of perjury.

Dated: November 11, 2021

NOAH GREEN, declarant
Pasadena, CA

# Exhibit A

**GREEN AND STEWART, P.C.**
Noah Green (SBN 218643)
301 E. Colorado Boulevard, Suite 708
Pasadena, CA 91101
(626) 395-7686
noah@gspattorneys.com

Attorneys for Defendant's Taras Investments LLC, et al.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHONNA MARIE COUNTER,<br><br>                    Plaintiff,<br><br>              vs.<br><br><br>TARAS INVESTMENTS LLC, a Delaware<br>Limited Liability Company; TARAS<br>HIMALYAN CUISINE, INC.; and DOES 1-<br>10,<br><br>                    Defendants. | Case No.:  2:21-cv-04368MCS (MARx)<br><br>DEFENDANT'S REQUEST FOR ADMISSIONS<br><br> SET NUMBER ONE |

PROPOUNDING PARTY:   Defendant, Taras Investments LLC

RESPONDING PARTY:    Plaintiff, Shonna Marie Counter

SET NUMBER:          ONE (1)

# REQUEST FOR ADMISSIONS

## RESQUEST FOR ADMISSIONS NO.: 1

Admit that on December 19, 2018, plaintiff, Shonna Marie Counter ("YOU/YOUR"), filed a federal civil action against Taras Investments, LLC, for violations of the Americans with Disabilities Act which was assigned case number 2:18-cv-10406 ("First Case").

## REQUEST FOR ADMISSIONS NO.: 2

Admit that the allegations in the First Case arose from YOUR alleged visits to defendants' restaurant located at 10855 Venice Boulevard, Los Angeles, California in October, November, and December 2018.

## REQUEST FOR ADMISSIONS NO.:3

Admit that YOU alleged in the First Case that during those visits YOU attempted to park in the handicap parking space of our parking lot but YOU could not do so because it was blocked by a dumpster and storage shed.

## REQUEST FOR ADMISSIONS NO.:4

Admit that within 30 days of receiving the Summons and Complaint in the First Case, the defendants had the storage shed and dumpster removed so that the handicap parking space was no longer blocked.

**REQUEST FOR ADMISSIONS NO.:5**

 Admit that Exhibit 1 consists of true and correct copies of photographs showing the handicap parking space at defendants' premises after defendants removed the shed and dumpster.

**REQUEST FOR ADMISSIONS NO.:6**

 Admit that Exhibit 1 consists of true and correct copies of photographs showing the handicap parking space at defendants' premises as it looked the day YOU filed the present case in May 2021.

**REQUEST FOR ADMISSIONS NO.:7**

 Admit that the First Case was dismissed without prejudice on December 18, 2019.

**REQUEST FOR ADMISSIONS NO.:8**

 Admit that defendants had agreed to the terms of a settlement and signed the settlement agreement prepared by YOUR counsel in the First Case.

**REQUEST FOR ADMISSIONS NO.:9**

 Admit that YOU never signed the settlement agreement in the First Case.

**REQUEST FOR ADMISSIONS NO.:10**

Admit that YOU terminated YOUR attorneys from the First Case.

**REQUEST FOR ADMISSIONS NO.:11**

Admit that in May 2021 YOU filed a federal civil action against Taras Investments, LLC, and other defendants, for violations of the Americans with Disabilities Act which was assigned case number 2:21-cv-04368 ("Second Case").

**REQUEST FOR ADMISSIONS NO.:12**

Admit that you allege the same facts and legal theories in the Second Case as YOU alleged in the First Case.

**REQUEST FOR ADMISSIONS NO.:13**

Admit that in the Second case, YOU claim that YOU visited defendants' restaurant in October-December 2018

**REQUEST FOR ADMISSIONS NO.:14**

Admit that in the Second case, YOU claim that YOU could not park in the handicap spot because the shed and dumpster were blocking it in October-December 2018.

Dated: September 17, 2021

NOAH GREEN, Attorney for
Taras Investments LLC, et al.

## <u>PROOF OF SERVICE</u>

I am employed in the County of Los Angeles. I am over the age of 18 years and not a party to the within action. My business address is 301 E. Colorado Boulevard, Suite 708, Pasadena, CA 91101.

On the date set forth below, I served the foregoing documents described as **DEFENDANTS REQUEST FOR ADMISSIONS** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

Michael t. Stoller, Esq.
Stoller Law Group, PC
547 Hoback Glen Rd.
Hidden Hills, Ca 91302
Michael.stoller@stollerlawgroup.com

☐    **(BY MAIL)**
    I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of such business.

☒    **(BY ELECTRONIC SERVICE)**
    I caused such documents to be emailed to the above addressee's email addresses as stated above.

☒    **(STATE)**
    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 17, 2021 at Pasadena, California.

Dana Johnson

DEFENDANT'S REQUEST FOR REQUEST FOR ADMISSIONS
CASE NO. 2:21-cv-04368MCS (MARx)

# Exhibit B

Michael T. Stoller (SBN 120241)
STOLLER LAW GROUP, PC
5747 Hoback Glen Road
Hidden Hills, CA 91302
Tel:   310-245-4028
Email: michael.stoller@stollerlawgroup.com

Attorneys for Plaintiff,
SHONNA MARIE COUNTER

UNITED STATES DISTRICT COURT
CENTRAL DISTRIC OF CALIFORNIA

| | |
|---|---|
| SHONNA MARIE COUNTER, | Case No. 2:18-CV-04368-MCS-MAR |
| Plaintiff, | **PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUESTS FOR ADMISSIONS – SET ONE** |
| vs. | |
| TARA INVESTMENTS LLC..; A DELAWARE LIMITED LIABILITY COMPANY; TARAS HIMALAYAN CUISINE, INC.; AND DOES 1-10 | *Honorable Judge Virginia A. Phillips* |
| Defendants. | |

PROPOUNDING PARTY:          TARAS INVESTMENT, LLC

RESPONDING PARTY:          SHONNA MARIE COUNTER

SET NUMBER:          ONE

Pursuant to Federal Rule 36 of Civil Procedure Plaintiff responds to Defendant's first set of requests for admissions. It should be noted that this responding party, has not fully completed discovery in this action, and has not completed preparation for this trail. All the answers contained herein are based only upon such information and documents that are presently available to arid specifically known to

this responding party and disclose only those contentions which presently occur to responding party. It is anticipated that further discover independent investigation, legal research and analysis may supply additional facts, add meaning to the known facts, and perhaps establish entirely new factual conclusion and legal contentions, all of which may lead to substantial additions to, changes and variations from the responses herein set forth. The following interrogatory responses are given without prejudice to responding party's right to produce at trail evidence of any subsequently discovered fact or facts which this responding party may later recall uncover or which was omitted from the responses as a result of good faith oversight. Responding party accordingly reserves the right to amend any and all response herein as additional facts are ascertained, analyses is made, legal research is completed, and contentions are made.

## **PLAINTIFF RESPONSE TO REQUESTS FOR ADMISSIONS**

**Response to Request No. 1**

Admit.

**Response to Request No. 2**

Admit.

**Response to Request No. 3**

Admit.

**Response to Request No. 4**

*Plaintiff's Response to Defendant's Request for Admissions*          *Case No.: 2:18-CV-04368-MCS-MAR*

Plaintiff lacks sufficient information or knowledge to admit or deny this request therefore denies it.

**Response to Request No. 5**

Plaintiff lacks sufficient information or knowledge to admit or deny this request therefore denies it.

**Response to Request No. 6**

Plaintiff lacks sufficient information or knowledge to admit or deny this request therefore denies it.

**Response to Request No. 7**

Admit.

**Response to Request No. 8**

Deny.

**Response to Request No. 9**

Admit.

**Response to Request No. 10**

Admit.

**Response to Request No. 11**

Admit.

**Response to Request No. 12**

Admit.

3

**<u>Response to Request No. 13</u>**

Admit.

**<u>Response to Request No. 14</u>**

Admit.

Dated: October 18, 2021                               STOLLER LAW GROUP, PC

                                    By:                    //s//*Michael Stoller*
                                                      Michael Stoller, Esq.
                                                      Attorneys for Plaintiff

//

## **VERIFICATION**

I, Shonna Marie Counter, verify under penalty of perjury that the foregoing **RESPONSE TO REQUEST FOR ADMISSIONS – SET ONE,** are true and correct under the laws of the State of California.

Dated: October 18, 2021

By: _____

                              Shonna Marie Counter
                              Plaintiff

*Plaintiff's Response to Defendant's Request for Admissions*      *Case No.: 2:18-CV-04368-MCS-MAR*

# **PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years, and not a party to the above-entitled action. My business address is 5747 Hoback Glen Road, Hidden Hills, CA 91302.

On October 19th, 2021, I served the foregoing document described as **PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR ADMISSIONS – SET ONE** on all parties in this action by:

[ ]    I deposited such envelope(s) in the mail at Sherman Oaks, California, with postage prepaid to:

[ ]    I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited that same day with postage thereon fully prepaid at Sherman Oaks, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

[ ]    By facsimile, I transmitted such documents from Sherman Oaks, California, to the offices of the addressee(s).

[ ]    By Registered/Certified/Express Mail, **Receipt No (**      **)**, to the offices/resident of the addressee(s).

[X]    BY ELECTRONIC TRANSMISSION: On this date, a copy a copy of the documents described above was transmitted to the electronic email addresses as set forth herein following ordinary business practices at Lefkowitz Law Group
**Noah Green Esq.**
**LEE GREEN STEWART & PAUL**
301 E. Colorado Boulevard, Suite 705
Pasadena, CA 91101
noah@gstattorneys.com

[X]    (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct; and that this declaration was executed on October 19, 2021, at Sherman Oaks, California.

*//s//Michael Stoller*

Michael Stoller, Esq.,
Declarant

# Exhibit C

An official website of the United States government. Here's how you know. ⌄

Log in to PACER Systems ⇥



**Party Search Results**

**Search Criteria:** Party Search; Last Name: [Counter]; First Name: [Shonna]
**Result Count:** 48 (1 page)
**Current Page:** 1

| | |
|---|---|
| Party Name | Counter, Shonna (pla) |
| Case Number | 2:2018cv06395 |
| Case Title | Shonna Counter v. Sonya Passy et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

| | |
|---|---|
| Party Name | Counter, Shonna (pla) |
| Case Number | 2:2018cv07619 |
| Case Title | Shonna Counter v. La Cienega-Sawyer LTD et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

| | |
|---|---|
| Party Name | Counter, Shonna (pla) |
| Case Number | 2:2019cv00657 |
| Case Title | Shonna Counter v. American Multi-Cinema, Inc. et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

| | |
|---|---|
| Party Name | Counter, Shonna (pla) |
| Case Number | 2:2018cv08779 |
| Case Title | Shonna Counter v. BRE HH Property Owner LLC, et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

| | |
|---|---|
| Party Name | Counter, Shonna (pla) |
| Case Number | 2:2018cv09973 |
| Case Title | Shonna Counter v. Starbucks Corporation et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

| | |
|---|---|
| Party Name | Counter, Shonna (pla) |
| Case Number | 2:2018cv10026 |
| Case Title | Shonna Counter v. Cinemark USA, Inc. et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |
| Party Name | Counter, Shonna (pla) |
| Case Number | 2:2018cv10290 |
| Case Title | Shonna Counter v. Enterprise Rent-A-Car Company of Los Angeles, LLC et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |
| Party Name | Counter, Shonna (pla) |
| Case Number | 2:2018cv10404 |
| Case Title | Shonna Counter v. Douglas Emmett 1995, LLC et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |
| Party Name | Counter, Shonna (pla) |
| Case Number | 2:2018cv10406 |
| Case Title | Shonna Counter v. Taras Investments LLC et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |
| Party Name | Counter, Shonna (pla) |
| Case Number | 2:2018cv10626 |
| Case Title | Shonna Counter v. La Cienega-Sawyer LTD et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |
| Party Name | Counter, Shonna (pla) |
| Case Number | 2:2019cv00298 |
| Case Title | Shonna Counter v. Lance Camper MFG. Corp. et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

| Party Name | Counter, Shonna (pla) |
|---|---|
| Case Number | 8:2019cv00092 |
| Case Title | Counter v. South Coast Plaza et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

| Party Name | Counter, Shonna (pla) |
|---|---|
| Case Number | 2:2019cv00770 |
| Case Title | Shonna Counter v. 150 Barrington Avenue LLC et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

| Party Name | Counter, Shonna (pla) |
|---|---|
| Case Number | 2:2019cv00772 |
| Case Title | Shonna Counter v. Yale West LLC et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

| Party Name | Counter, Shonna (pla) |
|---|---|
| Case Number | 2:2019cv00814 |
| Case Title | Shonna Counter v. Momark, LLC et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

| Party Name | Counter, Shonna (pla) |
|---|---|
| Case Number | 2:2019cv00816 |
| Case Title | Shonna Counter v. Brian Miller et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

| Party Name | Counter, Shonna (pla) |
|---|---|
| Case Number | 8:2019cv00215 |
| Case Title | Shonna Counter v. CPLG Properties L.L.C. et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

| | |
|---|---|
| Party Name | Counter, Shonna (pla) |
| Case Number | 2:2019cv00817 |
| Case Title | Shonna Counter v. One Westside, LLC et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

| | |
|---|---|
| Party Name | Counter, Shonna (pla) |
| Case Number | 2:2019cv00850 |
| Case Title | Shonna Counter v. Blake Coolidge Holding Company, LLC et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

| | |
|---|---|
| Party Name | Counter, Shonna (pla) |
| Case Number | 2:2019cv01036 |
| Case Title | Shonna Counter v. Siu Cheng Fu et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

| | |
|---|---|
| Party Name | Counter, Shonna (pla) |
| Case Number | 2:2019cv01038 |
| Case Title | Shonna Counter v. Marina Del Rey Innvestors et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

| | |
|---|---|
| Party Name | Counter, Shonna (pla) |
| Case Number | 2:2019cv01078 |
| Case Title | Shonna Counter v. Barrington Gateway, LLC et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

| | |
|---|---|
| Party Name | Counter, Shonna (pla) |
| Case Number | 2:2019cv01278 |
| Case Title | Shonna Counter v. 10801 National, LLC et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

| Party Name | Counter, Shonna (pla) |
|---|---|
| Case Number | 2:2019cv01282 |
| Case Title | Shonna Counter v. Greystar Real Estate Partners, LLC et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

| Party Name | Counter, Shonna (pla) |
|---|---|
| Case Number | 2:2019cv01283 |
| Case Title | Shonna Counter v. Second Country Club Associates Limited Partnership et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

| Party Name | Counter, Shonna (pla) |
|---|---|
| Case Number | 2:2019cv02863 |
| Case Title | Shonna Counter v. H and E Holdings, LLC et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

| Party Name | Counter, Shonna (pla) |
|---|---|
| Case Number | 2:2019cv02919 |
| Case Title | Shonna Counter v. Kolsch House LLC et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

| Party Name | Counter, Shonna (pla) |
|---|---|
| Case Number | 2:2019cv03041 |
| Case Title | Shonna Counter v. Seyed Jamal Kazemini et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

| Party Name | Counter, Shonna (pla) |
|---|---|
| Case Number | 2:2019cv03042 |
| Case Title | Shonna Counter v. James A. Collins et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

| | |
|---|---|
| Party Name | Counter, Shonna (pla) |
| Case Number | 2:2019cv03378 |
| Case Title | Shonna Counter v. EQR-Pegasus Apartments, LP et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |
| Party Name | Counter, Shonna (pla) |
| Case Number | 2:2019cv03683 |
| Case Title | Shonna Counter v. 11058 Santa Monica Blvd., LLC et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |
| Party Name | Counter, Shonna (pla) |
| Case Number | 2:2019cv03685 |
| Case Title | Shonna Counter v. Burbank Village, L.P. et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |
| Party Name | Counter, Shonna (pla) |
| Case Number | 2:2019cv03375 |
| Case Title | Shonna Counter v. Burbank Empire Center, LLC et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |
| Party Name | Counter, Shonna (pla) |
| Case Number | 2:2019cv04486 |
| Case Title | Shonna Counter v. Craig Realty Group Citadel, LLC et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |
| Party Name | Counter, Shonna (pla) |
| Case Number | 2:2019cv04580 |
| Case Title | Shonna Counter v. Preston A. Jackman et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

| Party Name | Counter, Shonna (pla) |
|---|---|
| Case Number | 2:2019cv04637 |
| Case Title | Shonna Counter v. PVH Retail Stores LLC et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

| Party Name | Counter, Shonna (pla) |
|---|---|
| Case Number | 2:2019cv04638 |
| Case Title | Shonna Counter v. Hanesbrands Inc. et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

| Party Name | Counter, Shonna (pla) |
|---|---|
| Case Number | 2:2019cv04791 |
| Case Title | Shonna Counter v. PVH Retail Stores LLC et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

| Party Name | Counter, Shonna (pla) |
|---|---|
| Case Number | 2:2019cv04792 |
| Case Title | Shonna Counter v. Public Storage et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

| Party Name | Counter, Shonna (pla) |
|---|---|
| Case Number | 2:2019cv06346 |
| Case Title | Shonna Counter v. North Tower, LLC et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

| Party Name | Counter, Shonna (pla) |
|---|---|
| Case Number | 2:2019cv06530 |
| Case Title | Counter v. Northern Trust Bank of California, N.A., Property Trustee under The MF Trust No.1 dated July 26, 1991 et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

| Party Name | Counter, Shonna (pla) |
| --- | --- |
| Case Number | 2:2019cv06531 |
| Case Title | Shonna Counter v. Northern Trust Bank of California, N.A. et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

| Party Name | Counter, Shonna (pla) |
| --- | --- |
| Case Number | 2:2019cv06532 |
| Case Title | Shonna Counter v. Marina Waterside, LLC et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

| Party Name | Counter, Shonna (pla) |
| --- | --- |
| Case Number | 2:2019cv06533 |
| Case Title | Shonna Counter v. AWH Burbank Hotel, LLC et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

| Party Name | Counter, Shonna (pla) |
| --- | --- |
| Case Number | 2:2019cv06569 |
| Case Title | Shonna Counter v. SF Partners LLC et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

| Party Name | Counter, Shonna (pla) |
| --- | --- |
| Case Number | 2:2019cv06756 |
| Case Title | Shonna Counter v. La Cienega-Sawyer LTD et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

| Party Name | Counter, Shonna (pla) |
| --- | --- |
| Case Number | 2:2019cv07803 |
| Case Title | Shonna Counter v. Premium Outlet Partners, L.P. et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

| Party Name | Counter, Shonna Marie (pla) |
|------------|------------------------------|
| Case Number | 2:2021cv04368 |
| Case Title | Shonna Marie Counter v. Taras Investments, LLC, et al |
| Court | California Central District Court |
| Date Filed | |
| Date Closed | |

| PACER Service Center | | 11/04/2021 11:21:17 |
|----------------------|---|---------------------|
| **User** | ngreen218643 | |
| **Client Code** | | |
| **Description** | All Court Types Party Search | |
| | All Courts; Name Counter, Shonna; All Courts; Page: 1 | |
| **Billable Pages** | 1 ($0.10) | |

PACER FAQ

Privacy & Security

Contact Us

Legacy PCL

This site is maintained by the Administrative Office of
the U.S. Courts on behalf of the Federal Judiciary.

## PACER Service Center
(800) 676-6856
pacer@psc.uscourts.gov

# Exhibit D



**GREEN &
STEWART**
*Attorneys at Law*

301 E. Colorado Blvd., Suite 708
Pasadena, CA 91101
Tel: (626) 432-1699  ◆ Fax: (626) 768-3394

November 9, 2021

Michael T. Stoller
5747 Hoback Glen Road
Hidden Hills, CA 91302

   **RE:**  **Counter v. Taras Investments, LLC, et al.**
       **2:21-cv-04368**

Dear Mr. Stoller:

   Though we have had similar discussions in the past regarding my view of the case when we were discussing settlement, please consider this my formal attempt per Local Rule 7-3 to discuss the substance of my contemplated motion for summary judgment. In particular, I believe plaintiff's federal ADA claim is subject to complete defense under the doctrine of mootness. I also believe that the state Unruh claim is barred by the applicable statute of limitations.

   If you have any facts or legal authorities to dispute the arguments, please present them now. Otherwise, I anticipate filing my motion seven (7) days from now on November 16, 2021.

      Very truly yours,

      NOAH GREEN