MICHAEL T. STOLLER, ESQ.  SBN 120241
STOLLER LAW GROUP, PC
5747 Hoback Glen Rd.
Hidden Hills, CA 91302
Telephone (310) 245-4028
email: michael.stoller@stollerlawgroup.com

Attorney for Plaintiff,
SHONNA MARIE COUNTER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHONNA MARIE COUNTER, an individual,<br><br>                    Plaintiff,<br><br>vs.<br><br>Taras Investments LLC, a Delaware Limited Liability Company; Taras Himalayan Cuisine, Inc.; and Does 1-10,<br><br><br><br>                    Defendants. | CASE NO. 2:21-CV-04368-VAP-MAR<br><br>**EX-PARTE APPLICATION FOR CONTINUANCE OF SUMMARY JUDGMENT MOTION HEARING**<br><br>**Courtroom: 8A**<br>**Judge: The Hon. Virginia Phillips** |

**TO THE COURT, TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** Plaintiff, Shonna Marie Counter ("Plaintiff"), hereby submits this ex-parte application for continuance of summary judgment motion or, in the alternative, for an order enlarging time to file their opposition to Defendant's Motion for Summary Judgment.

Plaintiffs met and conferred with Defendant's counsel requesting that Defendant stipulate to a continuance of their Motion for Summary Judgment, which Defendant has declined.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on December 22, 2021 and December 23, 2021. (A true and correct copy copy of the  email notice and proposed joint stipulation and order is attached hereto as Exhibit A).

Plaintiffs noticed opposing counsel of this ex-parte application, pursuant to L.R. 7-19 which took place on December 27, 2021. Opposition to this ex-parte application by Defendant is anticipated. (A true and correct copy of the notice is attached hereto as Exhibit B).

## I.    INTRODUCTION

Prior to bringing this motion, Plaintiff's counsel served Defendant with a proposed stipulated agreement to continue Motion for Summary Judgment hearing, based on the following:

1. On or about November 16, 2021, Defendants filed a motion for summary judgment and set a hearing for January 10th, 2022 at 2:00 p.m. in Courtroom 8a with the Hon. Judge Virginia Phillips.

2. Plaintiff's Opposition Response to Defendants MSJ motion should have been filed on or about December 20, 2021.

3. On November 17th, 2021 Plaintiff's counsel had:

   a) Akopnik V Askelrod: Motion ENF Settlement @7:30 a.m., Dept. A;

   b) HSRE -VCM V ORTHO: CMC @ 8:30 a.m., Dept. A;

   c) Stoller v Hernandez: Motion to Vacate Venue Order @ 9:00 a.m., Dept. 51.

4. On November 18th, 2021 Plaintiff's counsel had:

   a)  Woodward San Bernardino Dept S5 Pretrial @8:30 am.

5. On November 22nd, 2021 Plaintiff's counsel had:

   a) Counter v Farhang: Final Status Conference @8:30 am, Dept 73;

   b) Loof v Upland Unified: Motion to Dismiss @9:00a.m.

6. On December 6th, 2021 Plaintiff's counsel had:

   a)  Chavez v Wynar: Opposition Brief due.

7. On December 8th, 2021 counsel had:

   a)  Counter v Farhang: FSC Motion to Vacate @8:30 am, Dept 73.

8. On or about December 10, 2021, counsel for Plaintiff took a work-related trip to Miami Florida with his wife to attend a real estate summit located at 19999 West Country Club Dr., Aventura, FL 33180. Soon after coming back, his wife started to experience illness like symptoms consistent with the Covid virus. Various home Covid tests were negative however his wife's condition worsened and thereafter she tested positive after taking a PCR test. Mr. Stoller has thus far had mild flu symptoms and has tested negative but has been required to quarantine.

EX-PARTE APPLICATION FOR CONTINUANCE OF SUMMARY JUDGMENT MOTION HEARING

It was anticipated that a timely opposition would be prepared and filed but due to the recent medical situation that has not occurred.

9.  Counsel for defendant was advised of the foregoing and has no objection continuing the hearing. Based on the foregoing, the Parties respectfully request a continuance of the MSJ hearing to February 14, 2022.

## II.  THIS EX PARTE APPLICATION CAN BE PROPERLY GRANTED AS THERE IS GOOD CAUSE FOR SUCH RELIEF AND PLAINTIFFS ARE WITHOUT FAULT IN NEEDED EX-PARTE RELIEF

"Ex parte applications are a form of emergency relief that will only be granted upon an adequate showing of good cause or irreparable injury to the party seeking relief." K. Clark v. Time Warner Cable, 2007 U.S. Dist. LEXIS 100716, 2007 WL 1334965 at *1(C.D.Cal. May 3, 2007) (citing Mission Power Eng'g Co. v. Continental Cas. Co., 883 F.Supp. 488, 492 (C.D.Cal.1995)). The moving party must be 'without fault' in creating the need for ex parte relief or establish that the 'crisis [necessitating the ex parte application] occurred as a result of excusable neglect.' Id. An ex parte application seeks to bypass the regular noticed motion procedure; consequently, the party requesting ex parte relief must establish a basis for giving the application preference. Langer v. McHale (S.D.Cal. Aug. 20, 2014, No. 13cv2721-CAB-NLS) 2014 U.S.Dist.LEXIS 183550, at *3-4.

Plaintiffs' Ex-Parte Application is submitted for good cause. Their recently retained new attorney has been in trial since mid-November and another trial begins on January 18, 2022. He needs to get up to speed to prepare a thorough Opposition to the Motion for Summary Judgment. The due date was 21 days before the hearing scheduled for January 10, 2022. There is insufficient time to conduct the required research and writing. Plaintiffs are without fault because their efforts at retaining counsel and scheduling depositions have been thwarted by the exigencies of the pandemic.

Therefore, it would be proper for this Court to grant this Ex Parte Application for a continuance to prepare the MSJ Opposition.

### III. THERE IS GOOD CAUSE FOR MODIFYING THE SCHEDULE AND RECALENDARING THE HEARING ON THE SUMMARY JUDGMENT MOTION SO THAT PLAINTIFFS CAN RESPOND WITH AN OPPOSITION

"A schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The district court "is given broad discretion in supervising the pretrial phase of litigation, and its decisions regarding the preclusive effect of a pretrial order . . . will not be disturbed unless they evidence a clear abuse of discretion." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607 (9th Cir. 1992) (omission in original) (internal quotation marks omitted); *see also Noyes v. Kelly Servs.*, 488 F.3d 1163, 1174 n.6 (9th Cir. 2007); *Zivkovic v. S. Cal. Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002). "[T]he focus of the inquiry is upon the moving party's reasons for seeking modification." *Johnson*, 975 F.2d at 609. *C.F. v. Capistrano Unified Sch. Dist.* (9th Cir. 2011) 654 F.3d 975, 984. Plaintiffs' reasons for seeking modification in the scheduling of the Summary Judgment motion is due to counsel requiring additional time to adequately prepare the Opposition due to his continuing trial obligations and his family and own recent falling to COVID like illness,  to conduct necessary research that could not be prepared timely due to the exigencies of counsel's prior obligations and the exigencies of the pandemic.

//

## IV. CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request the granting of their Ex-Parte Application and a continuance of the hearing on the Summary Judgment Motion and a new due date for submitting to this Court their Opposition.

**DATED: DECEMBER 27, 2021**                    STOLLER LAW GROUP, PC
                                                *//s//Michael Stoller*
                                                Michael Stoller, Esq.
                                                Attorneys for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

Gmail                                                    LLG Attorneys <llgattysatlaw@gmail.com>

# IN RE: Case No. 2:21-CV-04368 VAP (MARx)_Joint Stipulated Agreement for Continuance

**LLG Attorneys** <llgattysatlaw@gmail.com>                          Wed, Dec 22, 2021 at 3:54 PM
To: noah@gspattorneys.com
Cc: Michael Stoller <michael.stoller@stollerlawgroup.com>
Bcc: Jamie Lefkowitz <jlefkowitz.esq@gmail.com>

Mr. Green,

IN RE:     **SHONNA MARIE COUNTER v. TARAS INVESTMENTS, LLC, et al.**
CASE NO.:  **2:21-CV-04368 VAP (MARx)**

My name is Julio D. Sandoval and I am the paralegal to attorney Michael T. Stoller. Counsel for Plaintiff has been encumbered recently by Covid e illnesses that both his wife and daughter have contracted. He has not been able to attend or work from his office while he cares for them. As it's been difficult to research, prepare and file an opposition to your motion for summary judgment.

ve contacted the Deputy Clerk for Judge Virginia Phillips, Christine Chung, and are ready to submit our request for a continuation. Would ... agreeable to a Joint Stipulation for the Request? Ms. Chung already noted via an email that any Monday after January 20, 2021 is fine i ng as it is not a Holiday.

u assistant let us know to email you directly to attend to this matter. We thank you beforehand.

Sincerest Regards,
Julio D. Sandoval
Paralegal to Attorney Michael T. Stoller, Esq.
STOLLER LAW GROUP, PC
5747 Hoback Glen, Rd.
Hidden HIlls, CA 91302
Tel: (310) 245-4028

12/23/21, 12:39 PM       Gmail - Out of Office Re: IN RE: Case No. 2:21-CV-04368 VAP (MARx)_Joint Stipulated Agreement for Continuance

Case 2:21-cv-04368-VAP-MAR    Document 26    Filed 12/27/21    Page 9 of 21    Page ID #:199

M Gmail             LLG Attorneys <llgattysatlaw@gmail.com>

## Out of Office Re: IN RE: Case No. 2:21-CV-04368 VAP (MARx)_Joint Stipulated Agreement for Continuance

messages

Noah Green <noah@gspattorneys.com>                  Wed, Dec 22, 2021 at 3:54 PM
llgattysatlaw@gmail.com>

I will be out of the office and not responding to emails from December 22, 2021 through January 2, 2022.  I will respond to your e-mail as soon as possible upon my return.  Thank you.

---

LLG Attorneys <llgattysatlaw@gmail.com>            Thu, Dec 23, 2021 at 10:36 AM
To: Noah Green <noah@gspattorneys.com>
Cc: Michael Stoller <michael.stoller@stollerlawgroup.com>
Bcc: Jamie Lefkowitz <jlefkowitz.esq@gmail.com>

Dear Counsel,

I am following up on our request to continue the upcoming Motion for Summary Judgment hearing scheduled for Janury 10th, 2022. We are open to continue to February 14, 2022, please see attached proposed joint stipulation and order, the clerk has already confirmed that this date is fine.

We sincerely appreaciate you taking the time to attend to this matter,
Julio D. Sandoval

On Wed, Dec 22, 2021 at 3:54 PM Noah Green <noah@gspattorneys.com> wrote:
> I will be out of the office and not responding to emails from December 22, 2021 through January 2, 2022.  I will respond to your e-mail as soon
> as possible upon my return.  Thank you.

Warmest Regards,

**2 attachments**

📄 SHONNA COUNTER_[PROPOSED] ORDER RE STIPULATION TO CONTINUE MSJ HRG.pdf
     184K

📄 SHONNA COUNTER_JOINT STIPULATION RE AGREEMENT TO CONTINUE MSJ HRG.pdf
     191K

MICHAEL T. STOLLER, ESQ.  SBN 120241
STOLLER LAW GROUP, PC
5747 Hoback Glen Rd.
Hidden Hills, CA 91302
Telephone (310) 245-4028
email: michael.stoller@stollerlawgroup.com

Attorney for Plaintiff,
SHONNA MARIE COUNTER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHONNA MARIE COUNTER, an individual,<br><br>                          Plaintiff,<br><br>vs.<br><br>Taras Investments LLC, a Delaware Limited Liability Company; Taras Himalayan Cuisine, Inc.; and Does 1-10,<br><br><br>                          Defendants. | CASE NO. 2:21-CV-04368-VAP-MAR<br><br>**JOINT STIPULATION RE: AGREEMENT TO CONTINUE MOTION FOR SUMMARY JUDGMENT HEARING**<br><br>**Courtroom: 8A**<br>**Judge: The Hon. Virginia Phillips** |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff Shonna Marie Counter ("Plaintiff"), Defendant Taras Investments LLC ("Defendant"), and Defendant Taras Himalayan Cuisine ("Defendant"), (collectively the "Parties"), by and through their respective attorneys of record, pursuant to Local Rule 16-9, as follows:

1. On or about November 16, 2021, Defendants filed a motion for summary judgment and set a hearing for January 10th, 2022 at 2:00 p.m. in Courtroom 8a with the Hon. Judge Virginia Phillips.

2. Plaintiff's Opposition Response to Defendants MSJ motion should have been filed on or about December 20, 2021.

3. On November 17th, 2021 Plaintiff's counsel had:

   a) Akopnik V Askelrod: Motion ENF Settlement @7:30 a.m., Dept. A;

   b) HSRE -VCM V ORTHO: CMC @ 8:30 a.m., Dept. A;

   c) Stoller v Hernandez: Motion to Vacate Venue Order @ 9:00 a.m., Dept. 51.

4. On November 18th, 2021 Plaintiff's counsel had:

   a)  Woodward San Bernardino Dept S5 Pretrial @8:30 am.

5. On November 22nd, 2021 Plaintiff's counsel had:

   a) Counter v Farhang: Final Status Conference @8:30 am, Dept 73;

   b) Loof v Upland Unified: Motion to Dismiss @9:00a.m.

6. On December 6th, 2021 Plaintiff's counsel had:

   a)  Chavez v Wynar: Opposition Brief due.

7. On December 8th, 2021 counsel had:

   a)  Counter v Farhang: FSC Motion to Vacate @8:30 am, Dept 73.

8. On or about December 10, 2021, counsel for Plaintiff took a work-related trip to Miami Florida with his wife to attend a real estate summit located at 19999 West

2

Country Club Dr., Aventura, FL 33180. Soon after coming back, his wife started to experience illness like symptoms consistent with the Covid virus. Various home Covid tests were negative however his wife's condition worsened and thereafter she tested positive after taking a PCR test. Mr. Stoller has thus far had mild flu symptoms and has tested negative but has been required to quarantine. It was anticipated that a timely opposition would be prepared and filed but due to the recent medical situation that has not occurred.

9. Counsel for defendant was advised of the foregoing and has no objection continuing the hearing. Based on the foregoing, the Parties respectfully request a continuance of the MSJ hearing to  February 14, 2022.

DATED: December 23, 2021          STOLLER LAW GROUP, P.C.

By: _____
    Michael T. Stoller
    Attorneys for Plaintiff,
    Shonna Marie Counter

DATED: December ___, 2021          GREEN AND STEWART

By: _____
    Noah Green,
    Attorneys for Defendants,
    Taras Investments, LLC, et al.

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years, and not a party to the above-entitled action. My business address is 5747 Hoback Glen Road, Hidden Hills, CA 91302.

On December ___, 2021, I served the foregoing document described as **JOINT STIPULATION: AGREEMENT TO CONTINUE MOTION FOR SUMMARY JUDGMENT HEARING** on all parties in this action by:

[ ]    I deposited such envelope(s) in the mail at Hidden Hills, California, with postage prepaid to:

[ ]    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited that same day with postage thereon fully prepaid at Sherman Oaks, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

[ ]    By facsimile, I transmitted such documents from Hidden HIlls California to the offices of the addressee(s).

[ ]    By Registered/Certified/Express Mail, **Receipt No (**    **)**, to the offices/resident of the addressee(s).

[X]    BY ELECTRONIC TRANSMISSION: On this date, a copy a copy of the documents described above was transmitted to the electronic email addresses as set forth herein following ordinary business practices at Stoller Law Group PC

**Noah Green Esq.**
**LEE GREEN STEWART & PAUL**
301 E. Colorado Boulevard, Suite 705
Pasadena, CA 91101
noah@gstattorneys.com

[X]    (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct; and that this declaration was executed on December __ 2021 at Hidden Hills California.

*//s//Michael Stoller*
Michael Stoller, Esq.
Attorneys for Plaintiff

1  MICHAEL T. STOLLER, ESQ.  SBN 120241
2  STOLLER LAW GROUP, PC
   5747 Hoback Glen Rd.
3  Hidden Hills, CA 91302
4  Telephone (310) 245-4028
   email: michael.stoller@stollerlawgroup.com
5
6  Attorney for Plaintiff,
   SHONNA MARIE COUNTER
7
8              **UNITED STATES DISTRICT COURT**
9            **CENTRAL DISTRICT OF CALIFORNIA**
10

| 11 SHONNA MARIE COUNTER, an individual, | CASE NO. 2:21-CV-04368-VAP-MAR |
|---|---|
| 12 | |
| 13           Plaintiff, | **[PROPOSED} ORDER RE: JOINT STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT HEARING** |
| 14 vs. | |
| 15 | |
| 16 Taras Investments LLC, a Delaware Limited Liability Company; Taras Himalayan Cuisine, Inc.; and Does 1-10, | **Courtroom: 8A** **Judge: The Hon. Virginia Phillips** |
| 17 | |
| 18 | |
| 19 | |
| 20           Defendants. | |

21
22
23
24
25
26
27
28

1     Having read the forgoing stipulation, GOOD CAUSE APPEARING, it is hereby ordered that:

2

3    1.  The hearing for Defendant's Motion for Summary Judgment be continued from January 10, 2022 at 2:00 p.m. to February 14, 2022.

4

5    2.  The parties shall file a joint stipulation regarding the agreement to continue the MSJ hearing.

6

7

8  **IT IS SO ORDERED.**

9

10

11

12  DATED: _____

13

14

15

16                              Honorable Virginia Phillips
United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE: STIPULATION TO CONTINUE MSJ HEARING

## PROOF OF SERVICE

    I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years, and not a party to the above-entitled action. My business address is 5747 Hoback Glen Road, Hidden Hills, CA 91302.

    On December   , 2021, I served the foregoing document described as **[PROPOSED] ORDER RE: STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT HEARING** on all parties in this action by:

[ ]    I deposited such envelope(s) in the mail at Hidden Hills, California, with postage prepaid to:

[ ]    I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited that same day with postage thereon fully prepaid at Sherman Oaks, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

[ ]    By facsimile, I transmitted such documents from Hidden HIlls California to the offices of the addressee(s).

[ ]    By Registered/Certified/Express Mail, **Receipt No (**    **)**, to the offices/resident of the addressee(s).

[X]    BY ELECTRONIC TRANSMISSION: On this date, a copy a copy of the documents described above was transmitted to the electronic email addresses as set forth herein following ordinary business practices at Stoller Law Group PC

**Noah Green Esq.**
**LEE GREEN STEWART & PAUL**
301 E. Colorado Boulevard, Suite 705
Pasadena, CA 91101
noah@gstattorneys.com

[X]    (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct; and that this declaration was executed on December   2021 at Hidden Hills California.

                             *//s//Michael Stoller*
                             Michael Stoller, Esq.
                             Attorneys for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B



**Gmail**

Michael Stoller <michael.stoller@stollerlawgroup.com>

## Fwd: Out of Office Re: IN RE: Case No. 2:21-CV-04368 VAP (MARx)_Joint Stipulated Agreement for Continuance

1 message

**Michael T. Stoller, Esq. | Stoller Law Group** <michael.stoller@stollerlawgroup.com>    Mon, Dec 27, 2021 at 4:42 PM
To: Noah Green <noah@gspattorneys.com>

Hi Noah--since we have not received any response to our email request to stipulate to a continuance of your MSJ other that you were unavailable until after 1/2/2022, As such I am left with no choice due to timing to request a continuance from the court through an exparte application which we are filing today. Please consider this my compliance with L.R. 7-19 and also advise if any opposition will be filed or if you can agree to the previous stipulation provided.
The exparte seeks the same continuance of the MSJ reflected in the Stipulation and as you know is in the case Counter v Tara Investments  CASE NO. 2:21-CV-04368-VAP-MAR before Judge Phillips.
Thank you.
Michael Stoller

---------- Forwarded message ---------
From: **LLG Attorneys** <llgattysatlaw@gmail.com>
Date: Thu, Dec 23, 2021 at 10:36 AM
Subject: Re: Out of Office Re: IN RE: Case No. 2:21-CV-04368 VAP (MARx)_Joint Stipulated Agreement for Continuance
To: Noah Green <noah@gspattorneys.com>
Cc: Michael Stoller <michael.stoller@stollerlawgroup.com>

Dear Counsel,

I am following up on our request to continue the upcoming Motion for Summary Judgment hearing scheduled for Janury 10th, 2022. We are open to continue to February 14, 2022, please see attached proposed joint stipulation and order, the clerk has already confirmed that this date is fine.

We sincerely appreaciate you taking the time to attend to this matter,
Julio D. Sandoval

On Wed, Dec 22, 2021 at 3:54 PM Noah Green <noah@gspattorneys.com> wrote:
    I will be out of the office and not responding to emails from December 22, 2021 through January 2, 2022.  I will respond
    to your e-mail as soon as possible upon my return.  Thank you.

--
Sincerest Regards,

Paralegal to Attorney Jamie Lefkowitz, Esq.
LLG, Attorneys at Law
17000 Ventura Blvd., Suite 300
Encino, CA 91316
Tel: (818) 979-9181
Fax: (818) 979-7181

--
Michael T. Stoller, Esq.
STOLLER LAW GROUP
5747 Hoback Glen Road
Calabasas, California 91302
Tel: 310-245-4028

Case 2:21-cv-04368-VAP-MAR    Document 26    Filed 12/27/21    Page 19 of 21    Page ID #:209

The contents of this e-mail and its attachments are intended for the sole use of the intended addressee(s) named herein and may contain CONFIDENTIAL INFORMATION which is PROTECTED BY LAW FROM DISCLOSURE. If you are not an intended recipient, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that reading, copying, forwarding, disseminating and/or distributing this e-mail is strictly prohibited without the express permission of the sender and inadvertent delivery of this message to an unintended recipient is not intended to waive any privilege or confidentiality. If you have received this e-mail in error, please alert the sender by reply e-mail and immediately delete this e-mail, its attachments, and all copies. UNAUTHORIZED INTERCEPTION PROHIBITED BY FEDERAL LAW (18 U.S.C. 2510-2522).

IRS CIRCULAR 230 DISCLOSURE: In order to comply with the Internal Revenue Code, you are hereby informed that any U.S. tax advice contained in, omitted from, or implied by this email (including any attachments) is not intended to be used and cannot be used, to (i) avoid penalties under the Internal Revenue Code or (ii) promote, market, or recommend to another party any transaction or matter addressed herein.



**2 attachments**

📎 **SHONNA COUNTER_[PROPOSED] ORDER RE STIPULATION TO CONTINUE MSJ HRG.pdf**
184K

📎 **SHONNA COUNTER_JOINT STIPULATION RE AGREEMENT TO CONTINUE MSJ HRG.pdf**
191K

 Gmail                                              **Michael Stoller** <michael.stoller@stollerlawgroup.com>

## Out of Office Re: Fwd: Out of Office Re: IN RE: Case No. 2:21-CV-04368 VAP (MARx)_Joint Stipulated Agreement for Continuance

1 message

**Noah Green** <noah@gspattorneys.com>                                Mon, Dec 27, 2021 at 4:43 PM
To: michael.stoller@stollerlawgroup.com

I will be out of the office and not responding to emails from December 22, 2021 through January 2, 2022.  I will respond to your e-mail as soon as possible upon my return.  Thank you.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years, and not a party to the above-entitled action. My business address is 5747 Hoback Glen Road, Hidden Hills, CA 91302.

On December 27th, 2021, I served the foregoing document described as **JOINT EX-PARTE APPLICATION FOR CONTINUANCE OF SUMMARY JUDGMENT MOTION HEARING** on all parties in this action by:

[ ]  I deposited such envelope(s) in the mail at Hidden Hills, California, with postage prepaid to:

[ ]  I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited that same day with postage thereon fully prepaid at Sherman Oaks, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

[ ]  By facsimile, I transmitted such documents from Hidden HIlls California to the offices of the addressee(s).

[ ]  By Registered/Certified/Express Mail, **Receipt No (        )**, to the offices/resident of the addressee(s).

[X]  BY ELECTRONIC TRANSMISSION: On this date, a copy a copy of the documents described above was transmitted to the electronic email addresses as set forth herein following ordinary business practices at Stoller Law Group PC

**Noah Green Esq.**
**LEE GREEN STEWART & PAUL**
301 E. Colorado Boulevard, Suite 705
Pasadena, CA 91101
noah@gstattorneys.com

[X]  (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct; and that this declaration was executed on December 27th 2021 at Hidden Hills California.

*//s//Michael Stoller*
Michael Stoller, Esq.
Attorneys for Plaintiff