JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shonna Marie Counter,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Taras Investments, LLC, et al<br><br>　　　　Defendants. | Case No. 2:21-cv-04368-VAP-MARx<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order awarding Summary Judgment in favor of Defendants Taras Investments, LLC and Taras Himalayan Cuisine, Inc., IT IS ORDERED AND ADJUDGED that the action, *Shonna Marie Counter v. Taras Investments, LLC, et al,* 2:21-cv-04368-VAP-MARx, is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:     1/20/22

　　　　　　　　　　　　　　　　　　　Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　United States District Judge